**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 645 MAL 2014
:
              Respondent :
                           : Petition for Allowance of Appeal from the
                           : Order of the Superior Court
          v. :
:
:
:
JENNIFER L. MACAVOY, :
:
              Petitioner :

**ORDER**

**PER CURIAM**

     **AND NOW**, this 23rd day of December, 2014, the Petition for Allowance of Appeal is **DENIED**.